# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN TORRES II, <br><br> Plaintiff, <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Defendant. | Case No. 8:21-cv-00556-CJC-JDE <br><br> **ORDER TO DISMISS CAUSES OF ACTION FOUR, FIVE AND SIX** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Plaintiff Ruben Torres II Fourth, Fifth and Sixth Causes of Action of the pending Complaint in this matter are dismissed without prejudice, each party bearing their own fees and costs related thereto.

January 12, 2022

Date

Hon. Cormac J. Carney